IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TYRONE D. MCLEOD,
        Petitioner,
    v.                             **Judgment in a Civil Case**
STATE OF NORTH CAROLINA,
        Respondent.               Case Number: 5:10-HC-2268-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.§ 2243).

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on September 2, 2011, with service on:
Tyrone D. McLeod 1084062, Odom Correctional Institution, 485 Odom Road, Jackson, NC 27845 (via U.S. Mail)

September 2, 2011                                  /s/ Dennis P. Iavarone
                                                                      Clerk